UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:15-cv-0782 DAD P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD et al., | |
| Defendants. | |

  Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

  Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time

1  the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. §
2  1915(b)(2).

3        On April 10, 2015, plaintiff commenced this action this action by filing a civil rights
4  complaint. Before the court had an opportunity to screen plaintiff's complaint, he filed a motion
5  to amend his complaint to name Correctional Officer Romero as a defendant instead of
6  Correctional Officer Zueniga. Plaintiff then filed a second motion to amend his complaint to add
7  an exhibit to his complaint. Good cause appearing, the court will grant plaintiff's motions to
8  amend and will order plaintiff to file an amended complaint within thirty days. In his amended
9  complaint, plaintiff should identify each defendant by name and state therein all of the claims that
10 he seeks to bring in this action.[1] He may file additional attachments or exhibits with it at that
11 time. Plaintiff is advised that this court will not allow piecemeal filings in this action. If plaintiff
12 files an amended complaint, it must be complete. If plaintiff cannot complete his amended
13 complaint in the time provided by the court in this order, he should file a request for an extension
14 of time in which to do so.

15       **CONCLUSION**

16       Accordingly, IT IS HEREBY ORDERED that:

17       1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is granted.

18       2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee
19 shall be collected and paid in accordance with this court's order to the Director of the California
20 Department of Corrections and Rehabilitation filed concurrently herewith.

21       3. Plaintiff's motions to amend (Doc. Nos. 5 & 7) are granted;

22 /////

23

---

[1] In the section of the complaint form in which the plaintiff is required to set forth a brief statement of the facts of the case, he must allege facts describing how each defendant has deprived him of his constitutional rights. There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation. See Rizzo v. Goode, 423 U.S. 362 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978). Vague and conclusory allegations of official participation in civil rights violations are not sufficient. See Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).

4. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice.

5. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated:  October 8, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will0782.mta