UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC ARNOLD, et al.,<br><br>    Defendants. | No. 2:15-cv-0782 DB P<br><br><br>ORDER |

Plaintiff makes two motions: (1) for a stay of defendants' motion for summary judgment, or, in the alternative, for an extension of time to file a response to that motion; and (2) for "limited correspondence" with a witness or witnesses to permit him to obtain affidavit(s). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's August 9, 2016 motion (Dkt. No. 26) is granted in part and denied in part. Plaintiff's motion to stay the proceedings on defendants' motion for summary judgment is denied. Plaintiff's alternative motion for an extension of time is unopposed and is granted. Within sixty (60) days of the filed date of this order, plaintiff shall file any response to the motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 230(l).

2. Plaintiff's August 10, 2016 motion for limited correspondence (Dkt. No. 27) is denied because plaintiff has failed to show the affidavit(s) he seeks are relevant to the issues

raised by defendants' motion for summary judgment. Defendants move for summary judgment on the grounds that plaintiff failed to exhaust his administrative remedies prior to filing this federal suit. In his motion for stay, plaintiff states that he seeks the affidavit of one witness who "authored" his 602 Inmate/Parolee Appeal. The fact that on March 29, 2015 plaintiff filed a 602 is not in dispute. (See Statement of Undisputed Facts, Dkt. No. 24-3.) Plaintiff has failed to establish good cause for discovery because he has not shown "the issues on which discovery is necessary" pursuant to Local Rule 260(b).

Dated: August 17, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/will0782.36

2