UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC ARNOLD, et al.,<br><br>        Defendant. | No.  2:15-cv-0782 JAM DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  Plaintiff seeks an extension of time to March 10, 2017 to file objections to the findings and recommendations.  Plaintiff states that he needs the additional time in order to access the law library.

    Good cause appearing, plaintiff's motion for an extension of time (ECF No. 36) is granted.  On or before March 10, 2017, plaintiff shall file any objections to the findings and recommendations signed on February 3, 2017.

DATED:  February 17, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/will0782.obj eot

1