UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

    Plaintiff,

v.

ERIC ARNOLD, et al.,

    Defendants.

No. 2:15-cv-0782 JAM DB P

ORDER

Plaintiff, a state prisoner proceeding pro se[1] and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

////

---

[1] On March 3, 2017, attorney Paul Richard Martin filed a "Notice of Appearance" on behalf of plaintiff. (ECF No. 38.) However, that document was removed from the docket because Mr. Martin failed to file a Substitution of Counsel signed by plaintiff as required by Local Rule 182(g). To date, Mr. Martin has not filed a Substitution of Counsel.

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 6, 2017 (ECF No. 35) are adopted in full; and

2. Defendants' Motion for Summary Judgment (ECF No. 24) is granted and this case is dismissed without prejudice.

DATED: April 19, 2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE